**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1976**

CAROLYN J. HARRISON,

        Plaintiff - Appellant,

    v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Mary G. Lewis, District Judge. (6:13-cv-01453-MGL)

Submitted:  December 18, 2014     Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carolyn J. Harrison, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Harrison appeals the district court's order upholding the Commissioner's denial of Harrison's application for disability benefits. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended affirming the agency's denial of benefits and advised Harrison that failure to file timely objections to this recommendation would waive appellate review of a district court order based upon the recommendation. Despite this warning, Harrison failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140, 155 (1985). Harrison has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

AFFIRMED